## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| BURBACH AQUATICS, INC., as Successor to David F. Burbach, d/b/a Burbach Municipal & Civil Engineers, Plaintiff<br>v.<br>THE CITY OF ELGIN, ILLINOIS, a Municipal Corporation, Defendant | FILED: JULY 17, 2008<br>08CV4061<br>JUDGE DOW<br>MAGISTRATE JUDGE DENLOW<br>AEE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, BURBACH AQUATICS, INC., as Successor to David F. Burbach, d/b/a Burbach Municipal & Civil Engineers

| | |
|---|---|
| **NAME** (Type or print)<br>LISA M. FONTOURA | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ Lisa M. Fontoura | |
| **FIRM**<br>WILDMAN HARROLD ALLEN & DIXON LLP | |
| **STREET ADDRESS**<br>225 WEST WACKER DRIVE, SUITE 2800 | |
| **CITY/STATE/ZIP**<br>CHICAGO, IL  60606 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS)<br>6273876 | **TELEPHONE NUMBER**<br>312-201-2289 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |