# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| BURBACH AQUATICS, INC., as Successor to David F. Burbach, d/b/a Burbach Municipal & Civil Engineers, Plaintiff<br>v.<br>THE CITY OF ELGIN, ILLINOIS, a Municipal Corporation, Defendant | **FILED: JULY 17, 2008**<br>**08CV4061**<br>**JUDGE DOW**<br>**MAGISTRATE JUDGE DENLOW**<br>**AEE** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, BURBACH AQUATICS, INC., as Successor to David F. Burbach, d/b/a Burbach Municipal & Civil Engineers

| | |
|---|---|
| NAME (Type or print)<br>FRED E. SCHULZ | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Fred E. Schulz | |
| FIRM<br>WILDMAN HARROLD ALLEN & DIXON LLP | |
| STREET ADDRESS<br>225 WEST WACKER DRIVE, SUITE 2800 | |
| CITY/STATE/ZIP<br>CHICAGO, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>2516500 | TELEPHONE NUMBER<br>312-201-2658 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |