IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BURBACH AQUATICS, INC., as Successor to David F. Burbach, d/b/a Burbach Municipal & Civil Engineers,<br><br>             Plaintiff,<br><br>    V.<br><br>THE CITY OF ELGIN, ILLINOIS, A Municipal Corporation,<br><br>             Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. | FILED: JULY 17, 2008<br>08CV4061<br>JUDGE DOW<br>MAGISTRATE JUDGE DENLOW<br>AEE |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 3.2 of the Northern District of Illinois, Plaintiff Burbach Aquatics, Inc., as successor to David F. Burbach, d/b/a Burbach Municipal & Civil Engineers, states that it is owned 99% by David F. Burbach, P.E.

Dated: July 17, 2008

                                                     **BURBACH AQUATICS, INC.,**
                                                     as successor to David F. Burbach, d/b/a
                                                     **Burbach Municipal & Civil Engineers**

                                                   By:   */s/ Lisa M. Fontoura*
                                                           One of its attorneys

Fred E. Schulz (2516500)
Lisa M. Fontoura (6273876)
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 2800
Chicago, IL 60606
(312) 201-2000 / Fax: (312) 201-2555

*Attorneys for Plaintiff*