### *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08CV4061                     Assigned/Issued  By: AEE

Judge Name: DOW                           Designated Magistrate Judge: DENLOW

---

## FEE INFORMATION

***Amount Due:***   ☐ $350.00      ☐ $39.00      ☐ $5.00

              ☐ IFP          ☐ No Fee      ☐ Other _____

              ☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____        Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

## ISSUANCES

☐ Summons                                    ☐ Alias Summons

☐ Third Party Summons                        ☐ Lis Pendens

☐ Non Wage Garnishment Summons               ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons         _____
                                             _____
☐ Citation to Discover Assets                   *(Victim, Against and $ Amount)*

☐ Writ _____               ☐ Other
          *(Type of Writ)*                      _____
                                             _____
                                                *(Type of issuance)*

_____Original and _____ copies on _____ as to _____
                                    (Date)

_____

_____