AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Burbach Aquatics, Inc. as Successor to David F. Burbach, d/b/a Burbach Municipal & Civil Engineering, Plaintiff

V.

The City of Elgin, Illinois, a Municipal Corporation

CASE NUMBER: 08CV4061

ASSIGNED JUDGE: JUDGE DOW

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE DENLOW

TO: (Name and address of Defendant)

The City of Elgin, Illinois
c/o Mayor Edward Schock
City of Elgin
150 Dexter Court
Elgin, IL 60120

SHERIFF
No. 0800-8762

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Fred E. Schulz
Lisa M. Fontoura
Wildman Harrold Allen & Dixon LLP
225 West Wacker Drive, Suite 2800
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*Anya Ellis*

(By) DEPUTY CLERK

July 17, 2008
Date



# Department of the Sheriff
## KANE COUNTY, ILLINOIS



**PATRICK B. PEREZ**
Sheriff

**STEVEN M. ZIMAN**
Undersheriff

Kane County Sheriff's Department
37W755 IL. Route 38 Ste. A
St. Charles, Illinois 60175-7557

**Public Safety**
630-232-6840

**Civil**
630-208-2013

---

Case No. __08CV4061__

I certify that I served this writ on the defendant as follows:

____ (a) Personal Service – by leaving a copy with each individual defendant personally.

____ (b) Substitute Service – by leaving a copy at the usual place of abode of each individual defendant with a person of his or her family of the age of 13 years or upwards, informing that person of the contents, and by sending a copy of the writ in a sealed envelope, with postage fully prepaid and addressed to each individual defendant at his or her usual place of abode.

__X__ (c) Corporation Service – by leaving a copy with the registered agent, officer or agent of each defendant corporation.

____ (d) Posting Service – by posting a copy upon the premises.

____ (e) The within names defendant(s) was not served / found in Kane County. Date ___/___/___

Name of Defendant __City of Elgin__
Writ given to __Kathy Aranzow__
Relationship or title __HR__
Sex __F__ Race __W__ Approx. Age __40__
Place of Service __150 Dexter Ct__
__Elgin__
Date of Service __7/28/08__ Time __1100__
Date of Mailing ___/___/___

Name of defendant _____
Writ given to _____
Relationship or title _____
Sex ____ Race ____ Approx. Age ____
Place of Service _____
_____
Date of Service ___/___/___ Time ____
Date of Mailing ___/___/___

**Patrick B. Perez**
**Sheriff of Kane County**    By: _____  # _____