# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                               Case Number: 08 CV 4061

Burbach Aquatics, Inc., et al.
       Plaintiff,
  vs.
The City of Elgin, Illinois,
       Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, The City of Elgin

| | |
|---|---|
| NAME (Type or print) <br> James L. DeAno | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ James L. DeAno | |
| FIRM <br> DeAno & Scarry, LLC | |
| STREET ADDRESS <br> 2100 Manchester Road, Suite A-101 | |
| CITY/STATE/ZIP <br> Wheaton, IL  60187 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6180161 | TELEPHONE NUMBER <br> (630) 690-2800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |