12152

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BURBACH AQUATICS, INC., as Successor to DAVID F. BURBACH, d/b/a/ BURBACH MUNICIPAL & CIVIL ENGINEERING, | ) ) ) ) |
| Plaintiff, | ) Case No. 08 CV 4061 ) |
| v. | ) ) |
| THE CITY OF ELGIN, ILLINOIS, A Municipal Corporation, | ) Judge Dow ) ) |
| Defendant. | ) |

To: Fred F. Schulz, Lisa M. Fontoura
WILDMAN, HARROLD, ALLEN & DIXON, LLP, 225 West Wacker Drive, Suite 2800, Chicago, IL 60606

On **August 21, 2008** at **9:15 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Robert M. Dow, Jr.**, or any judge sitting in his stead, in **Room 1919** of the United States District Court, Northern District of Illinois, 219 South Dearborn, Chicago, Illinois, and shall present the attached **DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO ANWER OR OTHERWISE PLEAD**, a copy of which is attached and hereby served upon you.

                                                              s/James L. DeAno
                                                              Attorney for Defendant

James L. DeAno #06180161
Scott B. Dolezal #06274826
DeAno & Scarry, LLC
2100 Manchester Road, Suite A101
Wheaton, IL 60187
(630) 690-2800; Fax: (630) 690-2853

## CERTIFICATE OF SERVICE

I, James L. DeAno, an attorney, certify that a copy of this Notice of Motion and above-mentioned documents were served upon the attorneys of record via electronic filing from 2100 Manchester Road, Suite A101, Wheaton, Illinois 60187, before 5:00 p.m. on **August 18, 2008.**

                                                          s/James L. DeAno

James L. DeAno #06180161
Scott B. Dolezal #06274826
**DeANO & SCARRY LLC**
2100 Manchester Road, Suite A-101
Wheaton, IL 60187
Ph: (630) 690-2800; Fx: (630) 690-2853

S:\Case Files\12152.Burbach Aquatics\12152.Motions and Orders\12152.NOM.2008.08.18.doc