12152

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BURBACH AQUATICS, INC., as Successor to DAVID F. BURBACH, d/b/a/ BURBACH MUNICIPAL & CIVIL ENGINEERING,<br><br>       Plaintiff,<br><br>v.<br><br>THE CITY OF ELGIN, ILLINOIS, A Municipal Corporation,<br><br>       Defendant. | Case No. 08 CV 4061<br><br>Judge Dow |

**RE-NOTICE OF MOTION**

To:   Fred F. Schulz, Lisa M. Fontoura
      WILDMAN, HARROLD, ALLEN & DIXON, LLP, 225 West Wacker Drive, Suite 2800, Chicago, IL  60606

On **August 26, 2008** at **9:15 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Robert M. Dow, Jr.**, or any judge sitting in his stead, in **Room 1919** of the United States District Court, Northern District of Illinois, 219 South Dearborn, Chicago, Illinois, and shall present the attached **DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO ANWER OR OTHERWISE PLEAD,** a copy of which is attached and hereby served upon you.

                                                      s/James L. DeAno
                                                  Attorney for Defendant

James L. DeAno #06180161
Scott B. Dolezal #06274826
DeAno & Scarry, LLC
2100 Manchester Road, Suite A101
Wheaton, IL 60187
(630) 690-2800; Fax:  (630) 690-2853

## CERTIFICATE OF SERVICE

      I, James L. DeAno, an attorney, certify that a copy of this Notice of Motion and above-mentioned documents were served upon the attorneys of record via electronic filing from 2100 Manchester Road, Suite A101, Wheaton, Illinois 60187, before 5:00 p.m. on **August 19, 2008.**

                                                      s/James L. DeAno

James L. DeAno #06180161
Scott B. Dolezal #06274826
**DeANO & SCARRY LLC**
2100 Manchester Road, Suite A-101
Wheaton, IL  60187
Ph: (630) 690-2800; Fx: (630) 690-2853

S:\Case Files\12152.Burbach Aquatics\12152.Motions and Orders\12152.Re-NoticeofMotion.2008.08.19.doc