IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BURBACH AQUATICS, INC., as Successor to David F. Burbach, d/b/a Burbach Municipal & Civil Engineers,<br><br>        Plaintiff,<br><br>        v.<br><br>THE CITY OF ELGIN, ILLINOIS, A Municipal Corporation,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  No. 08 CV 4061<br>)  Judge Dow<br>)  Magistrate Denlow<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

Plaintiff Burbach Aquatics, Inc., by and through its attorneys, in response to Defendant's Motion for Enlargement of Time to Answer or Otherwise Plead states as follows:

1. Plaintiff **does not object to defendant's request for enlargement of time to answer or otherwise plead;** however, the requested 30-days would cause defendant's response to be filed the same day as the initial status hearing in this case, previously set by the Court's August 12, 2008, Minute Order. Thus, the parties would not have adequate time to prepare the joint status report required by the Court's August 12, 2008, Minute Order.

2. In light of the September 18th status date, plaintiff offered to consent to a slightly shorter extension time in order to allow the parties sufficient time to prepare the joint status report, but defendant requires the full 30-day extension of time to respond to the Complaint.

3. Should the Court be inclined to grant defendant's motion for enlargement of time, plaintiff respectfully requests that the Court reschedule the previously set September 18th status

-2-

hearing date. In the alternative, plaintiff requests that the Court grant a slightly shorter extension of time.

WHEREFORE, the plaintiff, Burbach Aquatics, Inc., as successor to David F. Burbach, d/b/a Burbach Municipal & Civil Engineering, respectfully requests that should this Court enter an order granting defendant's motion for enlargement of time to answer or otherwise plead, that the Court also reset the September 18th status hearing.

Dated: August 20, 2008

                BURBACH AQUATICS, INC.,
                as successor to David F. Burbach, d/b/a Burbach
                Municipal & Civil Engineers,
                Plaintiff


                By:   /s/ Lisa M. Fontoura
                        One of its Attorneys


Fred E. Schulz (2516500)
Lisa M. Fontoura (6273876)
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 2800
Chicago, IL 60606
(312) 201-2000 / Fax: (312) 201-2555

*Curtis D. Smith (102313)
Moss & Barnett
A Professional Association
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4129
(612) 877-5285 / Fax: (612) 877-5999

*Attorneys for Plaintiff Burbach Aquatics, Inc.*

* Application for admission *pro hac vice* pending

## CERTIFICATE OF SERVICE

I, Lisa M. Fontoura, an attorney, state that I have caused to be served a copy of the foregoing document to all counsel of record via electronic case filing system (CM/ECF) as indicated below, from 225 West Wacker Drive, Chicago, Illinois, 60606, on this 20th day of August 2008:

>James L. DeAno – jimdeano@deanoandscarry.com
>Laura Lee Scarry – lscarry@deanoandscarry.com
>Scott Bryan Dolezal – sdolezal@deanoandscarry.com
>Patrick Frasor Moran – pmoran@deanosnadscarry.com


/s/ Lisa M. Fontoura

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BURBACH AQUATICS, INC., as Successor to David F. Burbach, d/b/a Burbach Municipal & Civil Engineers,<br><br>    Plaintiff,<br><br>  v.<br><br>THE CITY OF ELGIN, ILLINOIS, A Municipal Corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) No. 08 CV 4061<br>) Judge Dow<br>) Magistrate Denlow<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

TO: James L. DeAno
   Scott B. Dolezal
   Laura Lee Scarry
   Patrick F. Moran
   DeAno & Scarry, LLC
   2100 Manchester Road, Suite A101
   Wheaton, IL  60187

On August 20, 2008, the undersigned has caused to be filed with the Clerk of the Court for the United States District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, IL, *Plaintiff's Response to Defendant's Motion for Enlargement of Time to Answer or Otherwise Plead*, a copy of which is hereby served upon you.

              Respectfully Submitted,

              BURBACH AQUATICS, INC., as successor to
              David F. Burbach, d/b/a Burbach Municipal & Civil
              Engineers,   Plaintiff

              By: */s/ Lisa M. Fontoura*
                 One of its Attorneys

Fred E. Schulz  (2516500)
Lisa M. Fontoura  (6273876)
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 2800
Chicago, IL 60606
(312) 201-2000 / Fax: (312) 201-2555

*Curtis D. Smith (102313)
Moss & Barnett
A Professional Association
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-4129
(612) 877-5285 / Fax: (612) 877-5999

*Attorneys for Plaintiff Burbach Aquatics, Inc.*

* Application for admission *pro hac vice* pending

## **CERTIFICATE OF SERVICE**

I, Lisa M. Fontoura, an attorney, state that I have caused to be served a copy of the foregoing document to all counsel of record via electronic case filing system (CM/ECF) as indicated below, from 225 West Wacker Drive, Chicago, Illinois, 60606, on this 20th day of August 2008:

>James L. DeAno – jimdeano@deanoandscarry.com
>Laura Lee Scarry – lscarry@deanoandscarry.com
>Scott Bryan Dolezal – sdolezal@deanoandscarry.com
>Patrick Frasor Moran – pmoran@deanosnadscarry.com

/s/ Lisa M. Fontoura