**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Burbach Aquatics, Inc.
                          Plaintiff,

v.                                                         Case No.: 1:08−cv−04061
                                                           Honorable Robert M. Dow Jr.

City of Elgin, The
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 25, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Defendant's motion for enlargement of time to answer or otherwise plead [17] is granted to and including 9/18/08. Status hearing set for 9/18/08 is stricken and reset to 10/2/08 at 9:00 am. Notice of motion date of 8/26/08 is stricken and no appearances are necessary on that date.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.